FILED

06 OCT 24 PM 4:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | Case No. 06MG0706 |
| OF ) | Hon. Louisa S. Porter |
| EUFEMIA ALAMO RAMIREZ. ) | |

## CERTIFICATE OF EXTRADITABILITY

## AND

## ORDER OF COMMITMENT

The Court received a Complaint in this matter filed on April 14, 2006, by Matthew J. Gardner, Assistant United States Attorney for the Southern District of California, acting on behalf of the Government of Mexico, pursuant to its request for the provisional arrest of Eufemia Alamo Ramirez. The Government of Mexico subsequent to that date made a formal request for the extradition of Ms. Ramirez.

On September 5, 2006, the Court conducted an extradition hearing at which the authenticated documents submitted by the Government of Mexico were received in evidence. Ms. Ramirez appeared with counsel, Gerald J. Wasson, Esq., but offered no evidence in her own behalf. The Court has carefully reviewed the evidence, including the Declaration of Andrew N. Keller, attorney in the Office of the Legal Adviser, Department of State, and had opportunity to observe Ms. Ramirez's physical characteristics as compared with the evidence of identification before the Court.

The Court finds that:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. The Court has personal jurisdiction over Ms. Ramirez and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the United States and Mexico;

  4. Ms. Ramirez has been charged in the requesting state with alien smuggling in violation of Article 138 of the Mexican Federal Criminal Code;

  5. These charges constitute extraditable offenses within the meaning of the extradition treaty between the United States and Mexico, 31 U.S.T. 5059, Article 2, paragraphs 1 and 3;

  6. The requesting state seeks the extradition of Ms. Ramirez for trial for these offenses; and

  7. There is probable cause to believe that Ms. Ramirez and the same person who is before this court, committed the offenses for which her extradition is sought, as set forth in the Court's September 12, 2006 Findings of Fact, Conclusions of Law, and Order, incorporated herein.

  Based on the foregoing findings, the Court concludes that Ms. Ramirez is extraditable for each offense for which extradition was requested, and hereby certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

  IT IS THEREFORE ORDERED that a certified copy of this Certification of Extraditability and Order of Commitment (and a copy of any documents or testimony submitted by or on behalf of Ms. Ramirez) be forwarded without delay by the Clerk to the Department of State, to the attention of the Office of the Legal Adviser;

  AND IT IS FURTHER ORDERED that Ms. Ramirez be committed to the custody of the United States Marshal for this District pending final disposition of this matter by the Secretary of State and surrender to designated agents of the Government of Mexico.

HON. LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

Date: October 24, 2006